IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 9:23-cv-81139-DMM

ADAM WERNER,                                             **EXPEDITED RELIEF REQUESTED**

     Plaintiff,
v.

GORDON & PARTNERS, P.A.,
a Florida professional services corporation,

     Defendant.
_____/

## EXPEDITED MOTION FOR HEARING ON PLAINTIFF'S VERIFIED EXPEDITED MOTION FOR PRELIMINARY INJUNCTION [DE8]

Plaintiff, ADAM WERNER ("Werner"), by and through his undersigned counsel, hereby moves the Court to set an expedited hearing on Plaintiff's Verified Expedited Motion for Preliminary Injunction [DE8] (the "Injunction Motion"). As more fully explained in the Injunction Motion, Plaintiff requests expedited relief, especially concerning access to VA Clients' files so their matters may be timely and properly handled, and especially concerning the Defendant's communications to VA Clients about the payment of costs when choosing counsel.

The parties agreed they would be ready for a hearing by today, Friday August 25. *See* [DE16]. Pursuant to the Court's Order [DE14], the Court instructed that if the parties could not reach an agreement at the judicial settlement conference, that the Court would swiftly set an evidentiary hearing. With the Defendant having declared an impasse, Plaintiff respectfully requests the Court set a hearing as soon as possible, the week of August 28, 2023 if the Court is able.

[concludes on following page]

WHEREFORE, Plaintiff respectfully requests the Court grant this motion, swiftly set a hearing, and grant Plaintiff such other relief as is necessary and just.

DATED this 25th day of August, 2023.

Respectfully submitted,

**Winderweedle, Haines, Ward & Woodman, P.A.**
329 Park Avenue North
Second Floor
Winter Park, FL 32789
(407) 423-4246
*Attorneys for Plaintiff*

By: */s/ C. Andrew Roy*
C. Andrew Roy, Esq.
Florida Bar No.: 91629
aroy@whww.com
spollard@whww.com
Timothy J. Kiley, Esq.
Florida Bar No.: 44352
tkiley@whww.com
acothran@whww.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by electronic means via CM/ECF on August 25, 2023 on all counsel or parties of record on the Service List below.

*/s/ C. Andrew Roy*
C. Andrew Roy, Esq.

### SERVICE LIST

| | |
|---|---|
| Scott W. Atherton, Esq. | Nicole K. Atkinson, Esq. |
| scott@athertonlg.com | natkinson@gunster.com |
| Terence M. Mullen, Esq. | mmargolese@gunster.com |
| terence@athertonlg.com | eservice@gunster.com |
| Brittany A. Tarazona, Esq. | Amy S. L. Terwilleger, Esq. |
| btarazona@athertonlg.com | aterwilleger@gunster.com |
| **Atherton Galardi Mullen & Reeder PLLC** | **Gunster Yoakley & Stewart, P.A.** |
| 1641 Worthington Road, Suite 100 | 777 S. Flagler Drive, Suite 500 East |
| West Palm Beach, FL 33409 | West Palm Beach, FL 33401-6194 |
| Telephone: (561) 293-2530 | Telephone: (561) 655-1980 |
| Facsimile: (561) 293-2593 | **Attorneys for Defendant,** |
| **Attorneys for Defendant,** | **Gordon & Partners, P.A.** |
| **Gordon & Partners, P.A.** | |